UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY W. RAMSEY, et al.,

    Plaintiffs,

v.   No.3:07-cv-621-J-12TEM

CUSTOM TREE SERVICE, INC.,
etc., et al.,

    Defendants.

## ORDER

This cause is before the Court on Defendants Custom Tree Service, Inc. and Scott Washington's Motion to Dismiss Counts II and III (Doc. 14) and Defendants First Financial Employee Leasing, Inc. and Bruce T. Smith's Motion to Dismiss Counts II and III (Doc. 18) filed August 22, and September 4, 2007, respectively. The Plaintiffs' Memorandum in Opposition to Defendant's [sic] Motion to Dismiss (Doc. 20) was filed on September 4, 2007.

All four Defendants in this case seek dismissal of Counts II and III of Plaintiffs' Complaint (Doc. 1). Those Counts seek unpaid wages and overtime compensation pursuant to Florida Stat. § 448.01 for all hours worked in excess of 10 hours per day.[1]

The Court agrees with the arguments of the Defendants, and finds that the Plaintiffs cannot state a cause of action pursuant to Fla. Stat. § 448.01 because that statute is

---

[1] While only Count II specifically cites Fla. Stat. § 448.01, both Count II and III seek attorneys' fees pursuant to Fla. Stat. § 448.08 as well as recovery for "all unpaid wages including overtime wages for all hours worked in excess of 10 hours per day...." As a result, both Counts appear to seek the same relief.

unconstitutionally vague for the reasons set forth in Posley v. Eckerd Corporation, 433 F.Supp.2d 1287, 1310-1313 (S.D. Fla. 2006). See also, Stone v. Crispers, 2006 WL 2850103 at *2 (M.D. Fla.)(citing Posley, the Court stated that "[e]ven if the Plaintiff had specified Florida Statute § 448.01 in his complaint, which he did not, the Court would nonetheless grant the motion to dismiss on this point as the Plaintiff has not stated a claim under that (likely unconstitutional) statute."); and Quaker Oats v. Jewell, 818 So. 2d 574, 575 n. 2 (noting that a strong argument could be made that Fla. Stat. 448.01 was unconstitutionally vague).

Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That Defendants Custom Tree Service, Inc. and Scott Washington's Motion to Dismiss Counts II and III (Doc. 14) is granted;

2. That Defendants First Financial Employee Leasing, Inc. and Bruce T. Smith's Motion to Dismiss Counts II and III (Doc. 18) is granted; and

3. That Counts II and III of the Plaintiffs' Complaint (Doc. 1) are dismissed with prejudice.

**DONE AND ORDERED** this 26TH day of September 2007.

*Howell W. Melton*
Senior United States District Judge

Copies to:
Counsel of Record